UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re

Roxana Misha

                                  CHAPTER    13
                                  CASE NO.   18-19571-AJC

     Debtor(s)
_____/

### NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE ON BEHALF OF CHALET SERIES IV TRUST AND REQUEST TO BE REMOVED FROM MAILING MATRIX BY KASS SHULER, P.A.

      KASS SHULER, P.A. ("Firm"), by and through the undersigned attorney, hereby withdraws its previously filed Notice of Appearance (DE# 40) on behalf of MTGLQ INVESTORS, LP, ("Creditor"). The firm is no longer representing the Creditor in this case in regards to the following identified Collateral and Lien Position:

Property Address:      4816 NW 116TH CT DORAL, FL 33178

Lien Priority:          First Mortgage

      1.      All further court pleadings and notices directed to the Creditor should be provided to:    U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE CHALET SERIES IV TRUST
c/o Howard Law Group
450 N. Park Road, Ste. 800
Hollywood, FL 33021

and the Creditor's Registered Agent for Service of Process as reflected in the records of the Florida Secretary of State until such time as the Creditor has obtained new counsel and such counsel has filed a Notice of Appearance in this case.

      2.      Jessica Hicks, of Kass Shuler, P.A. ("Attorney and Firm") hereby request removal from the mailing matrix in this case on behalf of the Creditor and requests that court notices no longer be provided via CM/ECF or otherwise to the Attorney and Firm in regards to this Creditor. The Attorney and Firm may be presently listed on the mailing matrix in regards to this Creditor with respect to another property or lien position and/or with respect to other Creditors in

the instant case. The Attorney and Firm, should not be removed from CM/ECF in regards to these Creditors and is only requesting to be removed from the mailing matrix with respect to this Creditor in connection with the Property and lien position listed above.

### Certification as to Admission to the Southern District Bar

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

I hereby certify that if the above is a matter requiring a hearing rather than negative notice, I have attempted to resolve the disputes involved with opposing parties prior to requesting any hearing on the above Motion.

/s/ Jessica Hicks
Jessica Hicks
Kass Shuler, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1465
Fax:   (813) 229-3323
jhicks@kasslaw.com
Florida Bar No. 1003462

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on August 2, 2019, by U.S. Mail and/or electronic mail via CM/ECF to: Roxana Misha, 4816 NW 116 Court, Doral, FL 33178; Johnny Figueroa at his/her place of abode, 4816 NW 116 Court, Doral, FL 33178; Richard J Adams, Esq., 6500 CowPen Road Ste 101, Miami Lakes, FL 33014; Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027-9806; Office of the United States Trustee, 51 Southwest First Avenue, Suite 1204, Miami, FL 33130 ; MTGLQ INVESTORS, LP, C/O Rushmore Loan Management Services, LLC P.O. Box 55004 Irvine, CA 92619-2708.

1809153/mb

/s/ Jessica Hicks
Jessica Hicks (x1465)