

**ORDERED in the Southern District of Florida on August 30, 2019.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

*In re:*  CASE NO. 18-19571-AJC
CHAPTER 13

ROXANA MISHA,

    Debtor.
_____/

**AGREED ORDER GRANTING
MOTION TO COMPEL DEBTOR TO MODIFY BANKRUPTCY PLAN**

**THIS CASE** came before the Court for hearing on August 28, 2018 at 9:00am upon the Motion to Compel Debtor to Modify Bankruptcy Plan filed by U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF THE CHALET SERIES IV TRUST ("Secured Creditor")(DE 59). Based on the agreement of the parties, and based in the record, it is

**ORDERED:**

    1.    Secured Creditor's Motion to Compel Debtor to Modify Bankruptcy Plan is GRANTED.

    2.    The Debtor will file a Modified Bankruptcy Plan within seven (7) days of entry of this order, either providing for payment in full of all pre and post petition amounts due to

Secured Creditor, or to surrender the property located at 4816 NW 116 Court, Doral, FL 33178 to Secured Creditor.

3. If the Debtor fails to timely file the required Modified Bankruptcy Plan, Secured Creditor shall be granted in rem relief from the automatic stay without any further order of the Court being required.

Copies furnished to:
Matthew B. Klein, Esq., Howard Law Group, 450 N. Park Road, Suite 800, Hollywood, FL 33021 who is directed to serve a conformed copy of the executed Order on all interested parties listed below and file a certificate of service with the Clerk of the Court.

The CM/ECF System, which will send a notice of electronic filing to all CM/ECF participants:

Richard J. Adams, Esq., 6500 Cowpen Road, Suite 101, Miami Lakes, FL 33014

Nancy K. Neidich, Trustee, P.O. Box 279806, Miramar, FL 33027

United States Trustee, 51 SW 1st Avenue, Suite 1204, Miami, FL 33130

and a true and correct copy was mailed to the non-CM/ECF participants:

Roxana Misha, 4816 NW 116 Court, Doral, FL 33178